IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD LOCICERO and IRENE GARCIA,

        Plaintiffs,

v.                                                  CIV 13-0874 RHS/KBM

COLORADO CASUALTY INSURANCE COMPANY,

        Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO BIFURCATE, STAY AND FOR PROTECTIVE ORDER

THIS MATTER came before the Court on Defendant Colorado Casualty Insurance Company's Motion to Bifurcate, Stay and for Protective Order (*Doc. 27*). The Court has reviewed the motion and, having heard from the parties at the telephonic status conference on January 28, 2014, the Court finds it has sufficient information to rule on the motion without further briefing.

In *Huss v. American Family Mutual Ins. Co., et al.*, CIV 13-0330 WJ/RHS at Doc. 23, District Judge Johnson denied a stipulated request by the parties to bifurcate the insurance coverage claims from statutory claims. He denied bifurcation not only for trial purposes but also for the purposes of discovery. In accordance with the sound reasoning set forth in Judge Johnson's memorandum opinion and order, the Court hereby denies the instant motion for bifurcation during discovery without prejudice to Defendant seeking bifurcation of the claims at trial before Judge Scott.

**IT IS SO ORDERED.**

                                                                              _____
                                                                              UNITED STATES CHIEF MAGISTRATE JUDGE