IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD LOCICERO and IRENE GARCIA
      Plaintiff,

v.                                        1-13-cv-00874- RHS/KBM

COLORADO CASUALTY INSURANCE COMPANY
      Defendant.

## STIPULATED ORDER TO RELEASE RECORDS

THIS MATTER coming before the Court upon the Motion of the Workers' Compensation Administration (WCA) for an order to release records pursuant to NMSA 1978, §52-5-21 (1991) and subsection BB(3) of Section 7, 11.4.1 NMAC, and the Court having reviewed the pleading and otherwise fully being informed in the premises.

THE COURT FINDS that all parties have stipulated to the release of Workers' Compensation Administration records.

IT IS FURTHER ORDERED that within ten (10) working days of the date stamp of this Order, the WCA shall submit to requesting party a true and complete copy of all WCA records requested in the Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

_____
THE HONORABLE KAREN B. MOLZEN
District Court Judge

Submitted by:

_____/s/_____
ROBERTA BACA, for WCA
WCA Assistant General Counsel

Approved by:

*Telephonic approval on 2/25/14 by BG*
JAMES RAY, CHRISTOPHER SUPIK,
BRIAN GRAYSON OR MARK DOW
Attorney for Plaintiffs, Richard Locicero &
Irene Garcia

*Telephonic approval on 2/18/14*
MEENA H. ALLEN
Attorney for Defendant, Colorado Casualty
Insurance Company